```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ALBERTO PEREZ,

           Plaintiff,

- against -

IRISH TOWN INC. d/b/a CONNOLLY'S
PUB & RESTAURANT, JOHN
CONNOLLY, RONALD "DOE" Last Name
Being Fictitious and Unknown,
KATHLEEEN "DOE" Last Name
Being Fictitious and Unknown,

           Defendants.

**ORDER OF DISMISSAL**

15 Civ. 164 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending motions are moot.

Dated: New York, New York
      April 14, 2015

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge